FILED
2020 JAN 30 PM 12:15
CLERK
U.S. DISTRICT COURT

Ross C. Anderson (#0109)
Walter M. Mason (#16891)
LAW OFFICES OF ROCKY ANDERSON
The Judge Building
Eight East Broadway, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 349-1690
Fax: (801) 349-1682
rocky@andersonlawoffices.org
walter@andersonlawoffices.org

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CALVIN DONALD OSTLER, as personal representative of the Estate of Lisa Marie Ostler,<br><br>Plaintiff,<br>v.<br><br>HOLLY PATRICE HARRIS, ZACHARY PAUL FREDERICKSON, TODD ALLAN BOOTH, RONALD PAUL SEEWER, JR., BRENT LEE TUCKER, and SALT LAKE COUNTY, a political subdivision of the State of Utah,<br><br>Defendants. | **ORDER STAYING ALL DEADLINES AND CANCELLING HEARINGS PENDING FINALIZATION OF SETTLEMENT**<br><br>Case No. 2:18-cv-00254-001<br><br>Judge Bruce S. Jenkins |

Upon Stipulation of counsel for the parties, and having been notified that the above-captioned matter has been settled pending state court approval of the settlement on behalf of Lisa Ostler's minor children, and good cause appearing therefor,

IT IS HEREBY ORDERED that all present deadlines shall be stayed and all scheduled hearings shall be cancelled, pending notification of finalization of settlement following drafting and signing of a settlement agreement and approval by a state court of the settlement on behalf of Lisa Ostler's minor children. If, for any reason, either party believes in good faith that the stay should be lifted and that the matter shall continue to be litigated, the Court shall be immediately notified, at which time the Court will set a scheduling conference. The parties shall notify the Court upon finalization of the settlement agreement.

Dated this 30th day of January 2020.

BY THE COURT:

Bruce S. Jenkins
United States Senior District Judge

The parties stipulate to the above Order:

LAW OFFICES OF ROCKY ANDERSON

/s/ Ross C. Anderson
Ross C. Anderson
*Attorney for Plaintiff*


Sim Gill
SALT LAKE COUNTY DISTRICT ATTORNEY

/s/ Bridget K. Romano
Bridget K. Romano
Deputy District Attorney
*Attorney for Defendants*
(*Signed by Ross C. Anderson with permission of Bridget K. Romano*)

3