Case 2:18-cv-00254-BSJ   Document 220   Filed 03/16/20   PageID.8044   Page 1 of 2

FILED
2020 MAR 16 PM 12:31
CLERK
U.S. DISTRICT COURT

Ross C. Anderson (#0109)
Walter M. Mason (#16891)
ANDERSON & MASON
The Judge Building
Eight East Broadway, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 349-1690
Fax: (801) 349-1682
rocky@andersonmason.com
walter@andersonmason.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CALVIN DONALD OSTLER, as personal representative of the Estate of Lisa Marie Ostler,<br><br>    Plaintiff,<br>v.<br><br>HOLLY PATRICE HARRIS, ZACHARY PAUL FREDERICKSON, TODD ALLAN BOOTH, RONALD PAUL SEEWER, JR., BRENT LEE TUCKER, and SALT LAKE COUNTY, a political subdivision of the State of Utah,<br><br>    Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:18-cv-00254-001<br><br>Judge Bruce S. Jenkins |

The parties having entered into a settlement agreement providing for the dismissal of all claims in this matter with prejudice, and the parties having stipulated

to entry of an order of dismissal with prejudice, the parties to bear their own costs and attorneys' fees,

IT IS HEREBY ORDERED that the above-captioned matter shall be, and hereby is, dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 16th day of March 2020.

BY THE COURT:

Bruce S. Jenkins
U.S. Senior District Judge

Agreed to as to substance and form:

Sim Gill
SALT LAKE COUNTY DISTRICT ATTORNEY

/s/ Bridget K. Romano
Bridget K. Romano
Deputy District Attorney
*Attorney for Defendants*
(*Signed by Ross C. Anderson with permission of Bridget K. Romano*)


ANDERSON & MASON

/s/ Ross C. Anderson
Ross C. Anderson
*Attorney for Plaintiff*