Ross C. Anderson (#0109)
LAW OFFICES OF ROCKY ANDERSON
The Judge Building
Eight East Broadway, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 349-1690
Fax: (801) 349-1682
rocky@andersonlawoffices.org
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CALVIN DONALD OSTLER, as personal representative of the Estate of Lisa Marie Ostler,<br><br>　　　　　Plaintiff,<br>v.<br><br>HOLLY PATRICE HARRIS, ZACHARY PAUL FREDERICKSON, TODD ALLAN BOOTH, RONALD PAUL SEEWER, JR., BRENT LEE TUCKER, and SALT LAKE COUNTY, a political subdivision of the State of Utah,<br><br>　　　　　Defendants. | **PLAINTIFF'S STIPULATED MOTION FOR ORDER DISBURSING COST BOND AND UNDERTAKING FEE TO PLAINTIFF**<br><br>Case No. 2:18-cv-00254-001<br><br>Judge Bruce S. Jenkins |

Pursuant to DUCivR 67-1(g) Plaintiff, through counsel in this matter, respectfully requests this Court to order disbursement by the court clerk to Plaintiff of (a) the $300 cost bond paid on March 22, 2018, deposited by Plaintiff with the

court clerk (receipt no. 4681081037) and (b) the $300 undertaking fee paid on March 23, 2018, deposited by Plaintiff with the court clerk (receipt no. 4681081039).

This Motion is based upon the fact that the above-captioned matter was dismissed pursuant to the parties' settlement agreement and this Court's Order of Dismissal with Prejudice, dated March 16, 2020 [ECF 220]. Defendants, by and through their counsel, have stipulated to the disbursement.

Neither the cost bond nor undertaking fee should be subject to early withdrawal or other penalties and should be released promptly in their full amounts and disbursed by the court clerk to Plaintiff Calvin Donald Ostler, as personal representative of the Estate of Lisa Marie Ostler, SSN 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, residing at 1094 W. Greasewood Drive, Riverton, UT 84065, c/o Ross C. Anderson, Law Offices of Rocky Anderson, 8 East Broadway, Ste. 450, Salt Lake City, Utah 84111.

DATED this 9th day of September 2020:

LAW OFFICES OF ROCKY ANDERSON

/s/ Ross C. Anderson
Ross C. Anderson
*Attorney for Plaintiff*

Defendants stipulate to the requested disbursements:

OFFICE OF THE SALT LAKE COUNTY DISTRICT ATTORNEY

/s/ Bridget Romano
Bridget Romano
*Attorney for Defendants*
(Signed by Ross C. Anderson with permission of Bridget Romano)